UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ABDULLAH AL-KIDD, | ) | Case No. 1:05-093-EJL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER SUBSTITUTING J. MARCUS |
| | ) | MEEKS AS COUNSEL OF RECORD FOR |
| ALBERTO GONZALES, Attorney General | ) | THE FEDERAL DEFENDANTS AND |
| of the United States; *et al.*, | ) | THE UNITED STATES |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>Order</u>**

Upon consideration of the Notice of Substitution of Attorney Within the Department of Justice filed by the Federal Defendants and the United States (Dkt. No. 76), it is hereby ORDERED that J. Marcus Meeks is to be substituted for Forrest Christian as counsel of record for the Federal Defendants and the United States.

It is so ORDERED.

DATED:  **September 6, 2006**

Honorable Edward J. Lodge
U. S. District Judge