UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABDULLAH AL-KIDD, ) | Case No. CV:05-093-S-EJL-MHW |
| Plaintiff, ) | |
| v. ) | JUDGMENT AS TO |
| ) | VAUGHN KILLEEN |
| ALBERTO GONZALES, Attorney ) | |
| General of the United States; *et al.*, ) | |
| Defendants. ) | |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from Defendant Vaughn Killeen and all counts against Defendant Vaughn Killeen shall be dismissed in their entirety.

DATED: **July 17, 2008**

_____
Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT AS TO VAUGHN KILLEEN - 1
08/ORDERS/AL-KIDD_Killeen_JDM