UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABDULLAH AL-KIDD<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES, et al<br><br>        Defendants. | Case No. 1:05-CV-0093-EJL-CWD<br><br>**AMENDED ORDER OF REFERENCE** |

**IT IS HEREBY ORDERED** that ALL MATTERS in the above case are referred to United States Magistrate Judge Candy W. Dale.  Judge Dale is directed to conduct all necessary and proper proceedings pertaining thereto.

If the matter is a non-dispositive motion, Judge Dale is directed to enter an appropriate order as to disposition.  A party contending the order is clearly erroneous or contrary to law shall file written objections with the court within fourteen (14) days.  28 U.S.C  §636(b)(1)(A); Local Rule 72.1.

**AMENDED ORDER OF REFERENCE - 1**

If the matter is a dispositive motion, Judge Dale may conduct any hearings, including evidentiary hearings and submit to the United States District Court proposed findings of fact and recommendations as to disposition.

A party objecting to the proposed findings and recommendations shall file written objections with the court within fourteen (14) days.  The Court will make a de novo determination of those portions to which objection is made.  28 U.S.C. §636(b)(1)(B); Local Rule 72.1.

DATED:  **November 18, 2013**

*/s/ Edward J. Lodge*
Honorable Edward J. Lodge
U. S. District Judge

**AMENDED ORDER OF REFERENCE - 2**